COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Arturo Petriciolet v. The State of Texas

Appellate case number:    01-12-00920-CR

Trial court case number:  1344112

Trial court:              228th District Court of Harris County

On May 6, 2013, appellant's counsel, Cheri Duncan, hand-filed a brief on appellant's behalf. On May 7, 2013, while the Clerk of this Court was still processing appellant's brief, the Court issued an order abating this case and remanding for a hearing in the trial court. The order of abatement was based on counsel's failure to file a brief on appellant's behalf for more than 120 days after the original deadline for filing a brief. Appellant has now filed a motion to lift abatement, requesting that we "lift the abatement order so the appeal can proceed and so counsel can continue to represent Appellant."

Based on the filing of appellant's brief, we GRANT appellant's motion. Accordingly, we withdraw our previous order, reinstate this appeal on the Court's active docket, and order the State's brief, if any, be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   X  Acting individually    ☐ Acting for the Court


Date: May 16, 2013